```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE

LAURENCE D. REED,                    )
                                     )
     Plaintiff,                      )
                                     )
     v.                              )    Civil No. 05-294-JD
                                     )
JO ANNE B. BARNHART, Commissioner,   )
 Social Security Administration,     )
                                     )
     Defendant.                      )
                                     )
```

## STIPULATION

Whereas the parties desire to resolve the matter of entitlement to attorney's fees and costs without further time and expense, the plaintiff, Laurence D. Reed, and the defendant, the Commissioner of Social Security Administration, by their respective counsel of record, hereby stipulate and agree as follows:

That the payment of Seven Hundred Dollars ($700.00) by the United States Social Security Administration provides for full settlement in satisfaction of all costs and any and all claims for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

|  |  |
|---|---|
|  | Respectfully submitted, |
| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|  | THOMAS P. COLANTUONO<br>United States Attorney |
| By: /s/ Francis Jackson<br>Francis Jackson, Esquire<br>ME Bar No. 00045<br>85 India Street<br>Portland, ME   04112-8713<br>(207) 772-9000 | By: /s/ David L. Broderick<br>David L. Broderick, AUSA<br>NH Bar No. 0123<br>53 Pleasant Street<br>Concord, NH   03301<br>(603) 225-1552 |
| Dated: December 13, 2005 | Dated: December 13, 2005 |

DONE and ORDERED at Concord, New Hampshire, this 14th day of December, 2005.

/s/ Joseph A. DiClerico, Jr.
_____
U.S. District Court Judge/Magistrate

2